IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DIANE LEMONS                                                                      PLAINTIFF

VS.                                                     CIVIL ACTION NO.: 4:21-cv-00011-DMB-JMV

LIGHTHOUSE POINT, LLC d/b/a
TROPICANA GREENVILLE                                        DEFENDANT

## **JOINT MOTION TO DISMISS**

COME NOW, the Plaintiff and Defendant in the instant action, by and through their respective counsel, and move the Court for a dismissal of any and all claims, with prejudice, and further move the Court for a formal Order of Dismissal, dismissing the Plaintiff's Complaint, and all of its claims, with prejudice.

DATED: April 12, 2022.

RESPECTFULLY SUBMITTED,

*/s/ Daniel E. Morris*
DANIEL E. MORRIS, MSB #102723
Daniel E. Morris Law Firm, PLLC
P.O. Box 40811
Baton Rouge, LA 70835
*Attorney for Plaintiff*


*/s/ Goodloe T. Lewis*
GOODLOE T. LEWIS, MSB #9889
Hickman, Goza & Spragins, PLLC
P.O. Drawer 668
Oxford, MS 38655
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I, GOODLOE T. LEWIS, attorney for LIGHTHOUSE POINT, LLC d/b/a TROPICANA GREENVILLE, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record, including:

Daniel E. Morris
Daniel E. Morris Law Firm, PLLC
P.O. Box 40811
Baton Rouge, LA 70835
danielmorris@demlawfirm.com

DATED: April 12, 2022.

*/s/ Goodloe T. Lewis*
GOODLOE T. LEWIS