## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**DIANE LEMONS**                                                                                   **PLAINTIFF**

**V.**                                                                        **NO. 4:21-CV-11-DMB-JMV**

**LIGHTHOUSE POINT, LLC d/b/a**
**TROPICANA GREENVILLE**                                                        **DEFENDANT**

### ORDER

On February 11, 2022, United States Magistrate Judge Jane M. Virden held a settlement conference with the parties. Doc. #52. The minutes from the conference reflect the case settled. *Id.* Two months later, on April 12, 2022, the parties filed a joint motion for "dismissal of any and all claims, with prejudice." Doc. #53.

Based on the settlement, the joint motion to dismiss [53] is **GRANTED**. This case is **DISMISSED with prejudice**.

**SO ORDERED**, this 13th day of April, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**