**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DIANE LEMONS**                                                                                  **PLAINTIFF**

**V.**                                                                        **NO. 4:21-CV-11-DMB-JMV**

**LIGHTHOUSE POINT, LLC d/b/a
TROPICANA GREENVILLE**                                                              **DEFENDANT**

## <u>FINAL JUDGMENT</u>

In accordance with the order entered this day, this case is dismissed with prejudice.

**SO ORDERED**, this 13th day of April, 2022.

<u>/s/Debra M. Brown</u>
**UNITED STATES DISTRICT JUDGE**